FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 28 PM 4: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

H. DAVID VERDIN                                CIVIL ACTION

VERSUS                                         NUMBER: 05-4142

OMEGA PROTEIN, INC.                            SECTION: "D"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that said compromise by defendant with plaintiff in the amount of Four Hundred Twenty-Five Thousand and 00/100 ($425,000.00) Dollars be approved on the terms set forth in the aforesaid release, annexed hereto.

New Orleans, Louisiana, this 28th day of June, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.